UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Agnes Kole | : Civil No. 3:09CV1865 (JCH) |
| Plaintiff, | : **PRISONER CASE** |
| v. | : |
| FCI Danbury, U.S. Bureau of Prisons, Maureen Baird[1], Felipe Rodriguez and Wayne Schoonmaker. | : |
| Defendants. | : February 2, 2010 |

## NOTICE OF APPEARANCE/LIMITED APPEARANCE

Please enter the appearance of Assistant United States Attorney Alan Marc Soloway as counsel for FCI, Danbury and the U.S. Bureau of Prisons in the above-captioned action.

Please entered a limited appearance as to the defendants Baird, Rodriguez and Schoonmaker. The respondents Baird, Rodriguez, and Schoonmaker, in addition to being sued in their official capacities have been sued in their individual capacities. As such the process to request representation authority from the Department of Justice has begun.

Respectfully submitted,

NORA DANNEHY
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION

---

1. Substituted pursuant to Rule 25 Fed. R. Civ. Pro. Warden Maureen Baird has succeeded Donna Zickefoose as Warden of FCI, Danbury.

_____
ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET-23RD FL.
NEW HAVEN, CT 06508
(203)821-3700
FAX: (203) 773-5373
FEDERAL BAR NO. ct01581
alan.soloway@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing NOTICE OF APPEARANCE/LIMITED APPEARANCE was sent via postage prepaid first-class mail, this 2nd day of February, 2010, to:

Agnes Kole
Petitioner Pro-Se
FCI-Danbury
Register No. 19423-050
Pembroke Station
Danbury, Ct. 06811

Les Owen, Esq.
Attorney
FMC-Devens
P.O. Box 880
42 Patton Road
Ayer, MA. 01432

Bruce D. Koffsky, Esq.
Koffsky & Felton, LLC
1200 Summer Street
Suite 201 B
Stamford, Ct. 06905

_____
ALAN MARC SOLOWAY