# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES KOLE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Civ. Action No. 3:09-CV-01865 (JCH) |
| | ) | |
| MAUREEN BAIRD, | ) | May 7, 2010 |
| FELIPE RODRIGUEZ, | ) | |
| WAYNE SCHOONMAKER, | ) | |
|     Defendants. | ) | |

## JOINT STATUS REPORT

The parties hereby file a Joint Status Report pursuant to this Court's order of April 15, 2010. Plaintiff has reviewed the transcript of the Court's oral decision denying her motion for preliminary injunction and conferred with counsel regarding her case. Plaintiff has decided to proceed to trial.

On the afternoon of May 6, Plaintiff gave counsel authority to propose a settlement in this case. The parties conferred on the morning of May 7. Defendants agreed to consider the proposed settlement, but they are not optimistic about resolution.

Defendants anticipate responding to Plaintiff's complaint on or before May 21, 2010 as ordered by the Court.

Respectfully submitted,

| | |
|---|---|
|       /s/ |       /s/ |
| Brett Dignam | Alan Marc Soloway |
| Bar No. ct00283 | Bar No. ct 01581 |
| Jerome N. Frank Legal Services Org | Assistant United States Attorney |
| P.O. Box 209090 | 157 Church St., 23rd Floor |
| New Haven, CT 06520 | New Haven, CT 06508 |
| brett.dignam@yale.edu | alan.soloway@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this Joint Status Report was e-filed this 7th day of May, 2010, with electronic notification sent to:

Assistant U.S. Attorney Alan Soloway
U.S. Attorney's Office – New Haven
157 Church St., 23rd floor
New Haven, CT 06510

                                      _____/s/_____
                                      Brett Dignam
                                      Jerome N. Frank Legal Services Organization
                                      Yale Law School
                                      P.O. Box 209090
                                      New Haven, CT 06520
                                      Bar No.: ct00283
                                      brett.dignam@yale.edu